UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UGINE CORP.,<br><br>      Plaintiff,<br><br>  -v-<br><br>JAYDEN STAR, LLC,<br><br>      Defendant. | Case No. 23-cv-8164<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court has received defense counsel's response to the Court's Order to Show Cause dated November 13, 2023 (Dkt. 6) and finds the response acceptable. Therefore, no monetary sanctions will be imposed. Given defense counsel's admission in his response that this case was improperly removed, see Dkt. 7 ¶ 20, the Clerk of the Court is hereby directed to close the case and remand it to state court.

    SO ORDERED.

New York, NY  
November 17, 2023

                                                      _____  
                                                      JED S. RAKOFF, U.S.D.J.